UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANISSA JASSO,<br><br>    Plaintiff,<br><br>vs.<br><br>BURGER KING RESTAURANT, BRENTWOOD; MAGGIORE FAMILY COMPANY, LLC;<br><br>    Defendants. | Case No.: 3:18-cv-1458-RS<br><br>[~~PROPOSED~~] ORDER |

GOOD CAUSE being found, and pursuant to the parties' stipulation, the court orders this matter dismissed as to all defendants with prejudice.

**IT IS SO ORDERED.**

DATED: 6/7/18  _____
                                          DISTRICT COURT JUDGE